UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Lisa Defrias</u>

    v.

                                          Civil No. 11-cv-80-JL

<u>Wentworth Hotel of Jackson, Inc.</u>


<u>ORDER OF DISMISSAL</u>

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

April 18, 2012

cc:   Shawn Sullivan, Esq.
       Adam Cohen, Esq.
       Amy Vesely, Esq.